[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 18-13881
Non-Argument Calendar

_____

D.C. Docket No. 1:16-cr-00034-JRH-BKE-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ABIZAHI GUARDUNO-RIVERA,
a.k.a. Juan L. Galeana,
a.k.a. Theo,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Georgia

_____

(February 26, 2019)

Before WILSON, ROSENBAUM, and HULL, Circuit Judges.

PER CURIAM:

Wendell E Johnston, Jr., appointed counsel for Abizahi Guarduno-Rivera in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Guarduno-Rivera's convictions and total sentence are **AFFIRMED**. Guarduno-Rivera's motion for appointment of substitute counsel is **DENIED** as moot.